# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                                   PLAINTIFF

vs.                                         4:01CR00098-004  SWW

SHAKENNA WILLIAMS                                                                          DEFENDANT

### ORDER

The above entitled cause came on for hearing on the government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  The Court found defendant to be in violation of conditions of supervised release and directs that this matter should be continued for a period of 30 days and that the conditions of defendant's supervised release should be modified.

IT IS THEREFORE ORDERED that defendant's term of supervised release shall be modified to include that defendant participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.  Costs associated with the mental health counseling will be based on defendant's ability to pay.

All other conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect.

Defendant is reminded that if she violates the conditions of her supervised release prior to the end of the 30-day period, a revocation hearing will be scheduled immediately.

The revocation hearing is scheduled **TUESDAY, JULY 9, 2013 AT 1:00 P.M.** in Courtroom #389.

IT IS SO ORDERED this 30th  day of May 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE